UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE J. ARZUAGA
DOING BUSINESS AS WREI-FM,
    Plaintiff,
v.                                                                                    CIVIL NO.: 97-1942 (DRD)
UNR INDUSTRIES, et al.,
    Defendants.

## ORDER

The Plaintiff filed a Motion for Voluntary Dismissal Without Prejudice, requesting the Court to dismiss this case without prejudice pursuant to FED. R. CIV. P. 41(a)(1)(i). The Court **GRANTS** the Plaintiff's motion, and therefore this case is **DISMISSED WITHOUT PREJUDICE**. Judgment shall be entered accordingly.
**IT IS SO ORDERED.**

Date: July 31, 2000

P:\PEACHORD.ERS\97-1942.DIS

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Rec'd:           EOD:

By:           #