UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



JOSE J. ARZUAGA
DOING BUSINESS AS WREI-FM,
    Plaintiff,
v.                                                                    CIVIL NO.: 97-1942 (DRD)
UNR INDUSTRIES, et al.,
    Defendants.

## JUDGMENT

In accordance with the Order of this same date, this case is **DISMISSED WITHOUT PREJUDICE.**
**IT IS SO ADJUDGED AND DECREED.**

Date: July 31, 2000                                              DANIEL R. DOMINGUEZ
P:\PEACHORD.ERS\97-1942.DIS                                      U.S. DISTRICT JUDGE

Rec'd:          EOD:

By:        #